UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SUE THOMAS, individually and on behalf of
all others similarly situated,
              Plaintiff,

v.

SECOND ROUND SUB, LLC,
              Defendant.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 1546 (VB)

The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 28, 2021. To be clear, any application to restore the action must be filed by June 28, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: May 12, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge